# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: USA v. Lambis      Docket No.: 16-3149

Lead Counsel of Record (name/firm) or Pro se Party (name): B. Alan Seidler

Appearance for (party/designation): Appelee Raymond Lambis

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
- [✓] Correct
- [ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
- [✓] Correct
- [ ] Incorrect. The following parties do not wish to participate in this appeal:
  Parties: _____
- [ ] Incorrect. Please change the following parties' designations:
  Party      Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
- [✓] Correct
- [ ] Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: B. Alan Seidler
Firm: B. Alan Seidler, Esq.
Address: 580 Broadway, room 709, New York, NY 10012
Telephone: 212-334-3131      Fax: 212-334-2211
Email: seidlerlaw@gmail.com

## RELATED CASES

- [✓] This case has not been before this Court previously.
- [ ] This case has been before this Court previously. The short title, docket number, and citation are: _____

- [ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that [✓] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that [ ] I applied for admission on _____ or renewal on June 5, 2019. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ B. Alan Seidler
Type or Print Name: B. Alan Seidler

OR

Signature of pro se litigant: _____
Type or Print Name: _____
- [ ] I am a pro se litigant who is not an attorney.
- [ ] I am an incarcerated pro se litigant.