

Activity in Case 1:15-cr-00734-WHP USA v. Lambis Supplemental ROA Sent to USCA - Electronic File
NYSD_ECF_Pool    to: CourtMail    09/16/2016 10:40 AM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 9/16/2016 at 10:39 AM EDT and filed on 9/16/2016

| | |
|---|---|
| **Case Name:** | USA v. Lambis |
| **Case Number:** | 1:15-cr-00734-WHP |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**First Supplemental ROA Sent to USCA (Electronic File). Certified Supplemental Indexed record on Appeal Electronic Files as to Raymond Lambis re: [40] Appeal Transcript Request USCA Case Number 16-3149, were transmitted to the U.S. Court of Appeals. (tp)**

**1:15-cr-00734-WHP-1 Notice has been electronically mailed to:**

Bernard Alan Seidler    snedens66@aol.com

James M. McDonald    James.McDonald2@usdoj.gov, USANYS.ECF@USDOJ.GOV

**1:15-cr-00734-WHP-1 Notice has been delivered by other means to:**

ECF,INTAPP,PRIOR

# U.S. District Court
# Southern District of New York (Foley Square)
# CRIMINAL DOCKET FOR CASE #: 1:15−cr−00734−WHP All Defendants

Case title: USA v. Lambis
Magistrate judge case number: 1:15−mj−03074−UA

Date Filed: 10/27/2015

Assigned to: Judge William H. Pauley, III

**Defendant (1)**

| | | |
|---|---|---|
| **Raymond Lambis** | represented by | **Christopher Aaron Flood**<br>Federal Defenders of New York Inc. (NYC)<br>52 Duane Street<br>10th Floor<br>New York, NY 10007<br>(212)−417−8734<br>Fax: (212)−571−0392<br>Email: christopher_flood@fd.org<br>*LEAD ATTORNEY*<br>*Designation: Public Defender or Community Defender Appointment*<br><br>**Bernard Alan Seidler**<br>B. Alan Seidler, Esq.<br>580 Broadway<br>New York, NY 10012<br>(212)−334−3131<br>Fax: (212)−334−2211<br>Email: snedens66@aol.com<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE<br>(1) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 21:846=CD.F:CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE. | |

**Plaintiff**

**USA**  represented by **James M. McDonald**
Us Doj
One Saint Andrews Plaza
New York, NY 10007
(212)–637–2405
Fax: 202–434–5029
Email: James.McDonald2@usdoj.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/27/2015 |  | Arrest of Raymond Lambis. (gq) [1:15–mj–03074–UA] (Entered: 08/31/2015) |
| 08/28/2015 | 1 | COMPLAINT as to Raymond Lambis in violation of 21 U.S.C. 846. (Signed by Magistrate Judge James L. Cott) (gq) [1:15–mj–03074–UA] (Entered: 08/31/2015) |
| 08/28/2015 | 2 | CJA 23 Financial Affidavit by Raymond Lambis. Approved. Appointed Assistant Federal Defender atty Chrisopher Flood. (Signed by Judge Magistrate Judge James L. Cott) (gq) [1:15–mj–03074–UA] (Entered: 08/31/2015) |
| 08/28/2015 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Raymond Lambis. Christopher Aaron Flood for Raymond Lambis appointed. (Signed by Magistrate Judge James L. Cott on 8/28/2015)(gq) [1:15–mj–03074–UA] (Entered: 08/31/2015) |
| 08/28/2015 | 4 | Minute Entry for proceedings held before Magistrate Judge James L. Cott:Initial Appearance as to Raymond Lambis held on 8/28/2015. Deft appears with Assistant Federal Defender atty Christopher Flood. AUSA James McDonald present for the gov't. Agreed conditions of release: $75,000 PRB. 2 FRP. Travel restricted to SDNY/EDNY. Surrender travel documents (&no new applications). Strict pretrial supervision. Drug testing/treatment. Deft to be released on own signature; remaining conditions to be met by 9/4/2015.( Preliminary Hearing set for 9/28/2015 at 10:00 AM before Judge Unassigned.) (gq) [1:15–mj–03074–UA] (Entered: 08/31/2015) |
| 08/28/2015 | 5 | PRB APPEARANCE Bond Entered as to Raymond Lambis in amount of $75,000. Co–signed by 2 financially responsible persons. Travel restricted to SDNY/EDNY. Surrender travel documents (&no new applications). Strict pretrial supervision. Drug testing/treatment. Deft to be released on own signature; remaining conditions to be met by 9/4/2015.(gq) [1:15–mj–03074–UA] (Entered: 08/31/2015) |
| 09/11/2015 | 6 | **FILING ERROR – ELECTRONIC FILING IN NON–ECF CASE – NOTICE OF ATTORNEY APPEARANCE: Bernard Alan Seidler appearing for Raymond Lambis. Appearance Type: Retained. (Seidler, Bernard) Modified on 9/14/2015 (ka). [1:15–mj–03074–UA] (Entered: 09/11/2015)** |
| 09/14/2015 |  | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – NON–ECF CASE ERROR. Note to Attorney Bernard Alan Seidler as to Raymond Lambis: to MANUALLY RE–FILE Document Notice of Attorney Appearance, Document No. 6. This case is not ECF. (ka)** [1:15–mj–03074–UA] (Entered: 09/14/2015) |
| 09/22/2015 | 7 | NOTICE OF ATTORNEY APPEARANCE: Bernard Alan Seidler appearing for Raymond Lambis. (gq) [1:15–mj–03074–UA] (Entered: 09/22/2015) |
| 09/28/2015 | 8 | AFFIRMATION of James McDonald in Support by USA as to Raymond Lambis, the government is requesting a continuance until 10/28/15. (jbo) [1:15–mj–03074–UA] (Entered: 09/29/2015) |
| 09/28/2015 | 9 | ORDER TO CONTINUE IN THE INTEREST OF JUSTICE as to Raymond Lambis. Time excluded from 9/28/15 until 10/28/15. (Signed by Magistrate Judge Michael H. Dolinger on 9/28/15)(jbo) [1:15–mj–03074–UA] (Entered: 09/29/2015) |

| | | |
|---|---|---|
| 10/27/2015 | 10 | INDICTMENT FILED as to Raymond Lambis (1) count(s) 1. (jm) (Entered: 10/28/2015) |
| 10/27/2015 | | Case Designated ECF as to Raymond Lambis. (jm) (Entered: 10/28/2015) |
| 11/04/2015 | 11 | LETTER by USA as to Raymond Lambis addressed to Judge William H. Pauley, III from James McDonald dated November 4, 2015 re: US v. Lambis Document filed by USA. (McDonald, James) (Entered: 11/04/2015) |
| 11/05/2015 | 12 | ENDORSED LETTER as to Raymond Lambis addressed to Judge William H. Pauley, III from James M. McDonald re: The Government respectfully submits this letter to request that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in furtherance of the ends of justice, from the date of this letter through the date of the arraignment..ENDORSEMENT: Application granted on consent. Time excluded from 11/5/2015 until 11/12/2015. (Signed by Judge William H. Pauley, III on 11/5/2015)(jw) (Entered: 11/05/2015) |
| 11/12/2015 | | Minute Entry for proceedings held before Judge William H. Pauley, III: Arraignment as to Raymond Lambis (1) Count 1 held on 11/12/2015. Plea entered by Raymond Lambis Not Guilty. Defendant Lambis present with attorney Alan Seidler. AUSA James McDonald present. Court reporter present. Defendant arraigned and pled not guilty. Discovery to be produced. Case adjourned to 12/11/15 at 4:00 pm. Time excluded until 12/11/15 in the interest of justice. (Pretrial Conference set for 12/11/2015 at 04:00 PM before Judge William H. Pauley III.) (jbo) (Entered: 11/23/2015) |
| 12/08/2015 | 13 | TRANSCRIPT of Proceedings as to Raymond Lambis re: Arraignment held on 11/12/15 before Judge William H. Pauley, III. Court Reporter/Transcriber: Rose Prater, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/1/2016. Redacted Transcript Deadline set for 1/11/2016. Release of Transcript Restriction set for 3/10/2016. (McGuirk, Kelly) (Entered: 12/08/2015) |
| 12/08/2015 | 14 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Raymond Lambis. Notice is hereby given that an official transcript of a Arraignment proceeding held on 11/12/15 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 12/08/2015) |
| 12/08/2015 | 15 | CONSENT LETTER by USA as to Raymond Lambis addressed to Judge William H. Pauley, III from James McDonald dated December 8, 2015 re: US v. Lambis Document filed by USA. (McDonald, James) (Entered: 12/08/2015) |
| 12/09/2015 | 16 | ENDORSED LETTER as to Raymond Lambis addressed to Judge William H. Pauley, III addressed to 1/15/2016 from 12/9/15 re: Reschedule Conference...ENDORSEMENT: Application granted on consent. Conference adjourned to January 15, 2015 at 4pm. Speedy Trial time excluded in the interest of justice( Pretrial Conference set for 1/15/2016 at 04:00 PM before Judge William H. Pauley III.) Time excluded from 12/9/15 until 1/15/2016. (Signed by Judge William H. Pauley, III on 12/9/2015)(jw) (Entered: 12/09/2015) |
| 01/21/2016 | 17 | LETTER by USA as to Raymond Lambis addressed to Judge William H. Pauley, III from James McDonald dated January 21, 2016 re: US v. Lambis Document filed by USA. (McDonald, James) (Entered: 01/21/2016) |
| 02/05/2016 | 18 | MEMO ENDORSEMENT as to Raymond Lambis on re: 17 Letter filed by USA. ENDORSEMENT: Application granted. Time excluded from 1/21/16 until 2/5/16 in the interests of justice and on consent. SO ORDERED. (Signed by Judge William H. Pauley, III on 2/5/2016)(ft) (Entered: 02/05/2016) |
| 02/05/2016 | | Minute Entry for proceedings held before Judge William H. Pauley, III: Pretrial Conference as to Raymond Lambis held on 2/5/2016. Defendant Lambis present with attorney Alan Seidler. AUSA James McDonald present. Court reporter present. Motion schedule set as follows: Motions by 2/26/26, opposition by |

| | | |
|---|---|---|
| | | 3/11/16, any replies by 3/18/16. An evidentiary hearing is scheduled for April 12, 2016 at 2:00 pm. Jury selection scheduled for June 20, 2016 at 10 am. Time excluded until 4/12/16 in the interest of justice. (Evidentiary Hearing set for 4/12/2016 at 02:00 PM, Jury Selection set for 6/20/2016 at 10:00AM before Judge William H. Pauley III.) (jbo) (Entered: 02/08/2016) |
| 02/25/2016 | 19 | MOTION to Suppress . Document filed by Raymond Lambis. (Seidler, Bernard) (Entered: 02/25/2016) |
| 02/25/2016 | 20 | DECLARATION of Raymond Lambis in Support as to Raymond Lambis re: 19 MOTION to Suppress .. (Seidler, Bernard) (Entered: 02/25/2016) |
| 03/11/2016 | 21 | MEMORANDUM in Opposition by USA as to Raymond Lambis re 19 MOTION to Suppress .. (Attachments: # 1 Exhibit A)(McDonald, James) (Entered: 03/11/2016) |
| 04/12/2016 | | Minute Entry for proceedings held before Judge William H. Pauley, III: Suppression Hearing as to Raymond Lambis held on 4/12/2016. Defendant Lambis present with attorney Alan Seidler. AUSAs James McDonald and Robert Allen present. Court reporter present. Suppression Hearing held. Motion schedule set as follows: Motions by April 29, 2016, any replies by May 6, 2016. Conference is scheduled for May 20, 2016 at 2:00 pm. Time excluded until May 20, 2016 in the interest of justice. (Status Conference set for 5/20/2016 at 02:00 PM before Judge William H. Pauley III.) (jbo) (Entered: 04/13/2016) |
| 04/13/2016 | 22 | LETTER by Raymond Lambis addressed to Judge William H. Pauley, III from Alan Seidler dated 4/13/2016 re: providing exhibit "A" under separate mailing (Seidler, Bernard) (Entered: 04/13/2016) |
| 04/25/2016 | 23 | TRANSCRIPT of Proceedings as to Raymond Lambis re: Hearing held on 4/12/16 before Judge William H. Pauley, III. Court Reporter/Transcriber: Patricia Nilsen, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/19/2016. Redacted Transcript Deadline set for 5/31/2016. Release of Transcript Restriction set for 7/28/2016. (McGuirk, Kelly) (Entered: 04/25/2016) |
| 04/25/2016 | 24 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Raymond Lambis. Notice is hereby given that an official transcript of a Hearing proceeding held on 4/12/16 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 04/25/2016) |
| 04/25/2016 | 25 | MEMORANDUM in Support by Raymond Lambis re 19 MOTION to Suppress .. (Seidler, Bernard) (Entered: 04/25/2016) |
| 04/29/2016 | 26 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** MEMORANDUM in Opposition by USA as to Raymond Lambis re 19 MOTION to Suppress .. (McDonald, James) Modified on 5/2/2016 (ka). (Entered: 04/29/2016) |
| 05/02/2016 | | **NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR as to Raymond Lambis: Notice to Attorney James M. McDonald to RE–FILE Document 26 Memorandum in Opposition to Motion. Use the event type Letter found under the event list Other Documents. (ka)** (Entered: 05/02/2016) |
| 05/19/2016 | 27 | ORDER as to Raymond Lambis. The status conference currently scheduled for May 20, 2016 is adjourned to May 23, 2016, at 2:00 p.m.; and The time between May 20, 2016 and May 23, 2016 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in furtherance of the ends of justice and with consent of defense counsel. Time excluded from 5/20/2016 until 5/23/2016. (Status Conference set for 5/23/2016 at 02:00 PM before Judge William H. Pauley III.) (Signed by Judge William H. Pauley, III on 5/19/2016)(ft) (Entered: 05/20/2016) |

| | | |
|---|---|---|
| 05/23/2016 | | Minute Entry for proceedings held before Judge William H. Pauley, III: Status Conference as to Raymond Lambis held on 5/23/2016. Defendant Lambis present with attorney Alan Seidler. AUSA James McDonald present. Court reporter present. Conference held. Court to issue decision. Jury trial originally scheduled for June 20, 2016 rescheduled for August 8, 2016. Time excluded until August 8, 2016 in the interest of justice. (jbo) (Entered: 05/25/2016) |
| 06/02/2016 | 28 | TRANSCRIPT of Proceedings as to Raymond Lambis re: Hearing held on 5/23/16 before Judge William H. Pauley, III. Court Reporter/Transcriber: Kristen Carannante, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/27/2016. Redacted Transcript Deadline set for 7/8/2016. Release of Transcript Restriction set for 9/5/2016. (McGuirk, Kelly) (Entered: 06/02/2016) |
| 06/02/2016 | 29 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Raymond Lambis. Notice is hereby given that an official transcript of a Hearing proceeding held on 5/23/16 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 06/02/2016) |
| 07/12/2016 | 30 | OPINION &ORDER: granting 19 Motion to Suppress as to Raymond Lambis (1). Raymond Lambis moves to suppress narcotics and drug paraphernalia recovered by law enforcement agents in connection with a search of his apartment. Lambis's motion to suppress is granted....[See this Opinion &Order]... CONCLUSION: Lambis's motion to suppress the evidence recovered by DEA agents from his apartment is granted. The Clerk of Court is directed to terminate the motion pending at ECF No. 19. SO ORDERED: (Signed by Judge William H. Pauley, III on 7/12/2016) (bw) (Entered: 07/12/2016) |
| 07/12/2016 | 35 | INTERNET CITATION NOTE as to Raymond Lambis: Material from decision with Internet citation re: 30 Order on Motion to Suppress. (vf) (Entered: 08/08/2016) |
| 07/29/2016 | 31 | LETTER by USA as to Raymond Lambis addressed to Judge William H. Pauley, III from James McDonald dated July 29, 2016 re: US v. Lambis Document filed by USA. (McDonald, James) (Entered: 07/29/2016) |
| 08/01/2016 | 32 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** MOTION to Modify Conditions of Release . Document filed by Raymond Lambis. (Seidler, Bernard) Modified on 8/1/2016 (ka). (Entered: 08/01/2016) |
| 08/01/2016 | | **NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR as to Raymond Lambis: Notice to Attorney Bernard Alan Seidler to RE–FILE Document 32 MOTION to Modify Conditions of Release. Use the event type Letter Motion found under the event list Motions. (ka)** (Entered: 08/01/2016) |
| 08/01/2016 | 33 | LETTER MOTION addressed to Judge William H. Pauley, III from Alan Seidler dated 8/01/2016 re: modify conditions of release . Document filed by Raymond Lambis. (Seidler, Bernard) (Entered: 08/01/2016) |
| 08/02/2016 | 34 | LETTER by USA as to Raymond Lambis addressed to Judge William H. Pauley, III from James McDonald dated August 2, 2016 re: Lambis Status Conference Document filed by USA. (McDonald, James) (Entered: 08/02/2016) |
| 08/08/2016 | 36 | ENDORSED LETTER as to Raymond Lambis addressed to Judge William H. Pauley, III from James McDonald re: Reschedule Conference...ENDORSEMENT: The Government submits this letter regarding the next status conference in this case ( Status Conference set for 10/21/2016 at 02:30 PM before Judge William H. Pauley III.) Time excluded from 8/8/16 until 10/21/2016. (Signed by Judge William H. Pauley, III on 8/8/2016)(jw) (Entered: 08/08/2016) |
| 08/08/2016 | 37 | ENDORSED LETTER as to Raymond Lambis addressed to Judge William H. Pauley, III from James McDonald dated 7/29/16 re: The Government respectfully |

| | | |
|---|---|---|
| | | submits this letter to request a 30–day extension of the deadline to appeal the decision issued by the Court on July 12, 2016, granting the defendant's motion to suppress physical evidence....ENDORSEMENT: Application granted for good cause. 30 day extension granted and trial adjourned. (Signed by Judge William H. Pauley, III on 8/8/2016)(jw) (Entered: 08/08/2016) |
| 08/09/2016 | 38 | MEMO ENDORSEMENT granting 33 LETTER MOTION To request Lambis bail conditions be modified to permit him to report to Pretrial Services by telephone weekly and no in person as to Raymond Lambis...ENDORSEMENT..With the consent of the Government and Pretrial Services, application granted (Signed by Judge William H. Pauley, III on 8/9/2016) (jw) (Entered: 08/09/2016) |
| 09/12/2016 | 39 | NOTICE OF APPEAL (Interlocutory) by USA as to Raymond Lambis from 30 Order on Motion to Suppress. (tp) (Entered: 09/12/2016) |
| 09/12/2016 | | Appeal Remark as to Raymond Lambis re: 39 Notice of Appeal – Interlocutory. NO FEE. USA APPELLANT. (tp) (Entered: 09/12/2016) |
| 09/12/2016 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet by USA as to Raymond Lambis to US Court of Appeals re: 39 Notice of Appeal – Interlocutory. (tp) (Entered: 09/12/2016) |
| 09/12/2016 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files by USA as to Raymond Lambis re: 39 Notice of Appeal – Interlocutory were transmitted to the U.S. Court of Appeals. (tp) (Entered: 09/12/2016) |
| 09/16/2016 | 40 | TRANSCRIPT REQUEST by USA as to Raymond Lambis for a Hearing proceeding held on April 12 &May 23, 2016 before Judge William H. Pauley, III re: 39 Notice of Appeal – Interlocutory. Transcript due by 9/29/2016. (McDonald, James) (Entered: 09/16/2016) |
| 09/16/2016 | | First Supplemental ROA Sent to USCA (Electronic File). Certified Supplemental Indexed record on Appeal Electronic Files as to Raymond Lambis re: 40 Appeal Transcript Request USCA Case Number 16–3149, were transmitted to the U.S. Court of Appeals. (tp) (Entered: 09/16/2016) |