UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of September, two thousand and sixteen,

_____

| | |
|---|---|
| United States of America, | **ORDER** |
|       Plaintiff - Appellant, | Docket Number: 16-3149 |
| v. | |
| Raymond Lambis, | |
|       Defendant - Appellee. | |

_____

      A notice of appeal was filed on September 12, 2016. Appellant's Form B was due September 26, 2016. The case is deemed in default.

      IT IS HEREBY ORDERED that the appeal will be dismissed effective October 11, 2016 if the form is not filed by that date.

      For The Court:
      Catherine O'Hagan Wolfe,
      Clerk of Court