<div style="text-align: center;">

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

</div>

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of September, two thousand and sixteen,

_____

| | |
|---|---|
| United States of America, | **ORDER** |
|     Plaintiff - Appellant, | Docket Number: 16-3149 |
| v. | |
| Raymond Lambis, | |
|     Defendant - Appellee. | |

_____

A notice of appeal was filed on September 12, 2016. The Appellant's Acknowledgment and Notice of Appearance Form due September 27, 2016 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective October 12, 2016 if the Acknowledgment and Notice of Appearance Form is not filed by that date.

<div style="margin-left: 50%;">

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

</div>