# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: United States v. Raymond Lambis _____ Docket No.: 16-3149 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: James McDonald

Firm: United States Attorney's Office for the Southern District of New York

Address: One Saint Andrew's Plaza

Telephone: (212) 637-2405 _____ Fax: _____

E-mail: James.McDonald2@usdoj.gov

Appearance for: United States of America / Appellant
                          (party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
                                        (name/firm)

☐ Substitute counsel (replacing other counsel: _____)
                                        (name/firm)

☑ Additional counsel (co-counsel with: Margaret M. Garnett / U.S. Attorney's Office for the Southern District of New York )
                                        (name/firm)

☐ Amicus (in support of: _____)
                          (party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ James McDonald

Type or Print Name: James McDonald