# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of December, two thousand and sixteen,

_____

United States of America,

   Appellant,

v.

Raymond Lambis,

   Defendant - Appellee.
_____

**ORDER**
Docket No: 16-3149

  Counsel for APPELLANT United States of America has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting March 14, 2017 as the brief filing date.

  It is HEREBY ORDERED that Appellant's brief must be filed on or before March 14, 2017. If the brief is not filed by that date, counsel may be subject to an order to show cause why a financial sanction should not be imposed under Local Rule 27.1(h) for the default.

           For The Court:
           Catherine O'Hagan Wolfe,
           Clerk of Court